In the Matter of the Estate of Adeline Young, Deceased. Grace L. Ackerman, Appellant; Harry M. Carpenter, Acting Administrator, etc., and Others, Respondents.— Decree of the Surrogate's Court of West-

chester county, in so far as appealed from, and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.